UNITED STATES DISTRICT COURT    CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK   MINUTE ORDER

BEFORE:  JAMES ORENSTEIN     DATE:  <u>4/20/2012</u>
      U.S. MAGISTRATE JUDGE    TIME:  <u>9:30 a.m.</u>

<i>Julia Chacon v. ANM Funding, et al.</i><br>11-CV-5660 (JBW) (JO)

TYPE OF CONFERENCE:  <u>Pretrial</u>

APPEARANCES:  None

SCHEDULING:   There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:  The plaintiff did not appear as required and attempts to reach her counsel were unsuccessful. I ordered the plaintiff to show cause in writing no later than April 27, 2012, why I should not recommend dismissal of her claims against the remaining defendants for failure to prosecute.

                 SO ORDERED

                 _____/s/_____
                 JAMES ORENSTEIN
                 U.S. Magistrate Judge