UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
JULIA CHACON

    -V-　　　　　　　　　　　　　　　　　　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　CV11-5660 (JBW)
WMC MORTGAGE CORP. et al
-------------------------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2012 ★
BROOKLYN OFFICE

No objection having been taken, on the recommendation of the Magistrate Judge, the captioned case is dismissed with prejudice.

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 6/26/12